# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL QUINTERO,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>JEFF WRIGLEY,<br><br>　　　　　Respondent.<br>_____ / | 1:08-cv-00099-LJO-TAG- (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

　　　　Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   **February 6, 2008**　　　　　　　　　　　　　　　　　　　　　　　　　／s/ Theresa A. Goldner
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE