UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MIGUEL QUINTERO, | ) | 1:08-cv-00099 LJO-TAG (HC) |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATIONS |
| | ) | (Doc. 4) |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| JEFF WRIGLEY, | ) | (Doc. 1) |
| | ) | |
| Respondent. | ) | ORDER DIRECTING CLERK OF COURT TO |
| | ) | ENTER JUDGMENT |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 17, 2008, the Magistrate Judge assigned to the case filed Findings and Recommendations recommending that the petition for writ of habeas corpus be dismissed because the petition does not allege grounds that would entitle Petitioner to relief under 28 U.S.C. § 2241. (Doc. 4). The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order. To date, the parties in this case have not filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed March 17, 2008 (Doc. 4), are ADOPTED IN FULL;

2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED; and

3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   April 10, 2008**               **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE